AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information maintained on computer servers controlled by Google, Inc. an email provider headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043

Case No. 7:20mj69

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Section I of Attachment A.

located in the   Western   District of   Virginia   , there is now concealed *(identify the person or describe the property to be seized)*:

See Section II of Attachment A.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512 | tampering with a witness |
| 18 U.S.C. § 1513 | retaliating against a witness |

The application is based on these facts:

See Affidavit

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Todd Farris Task Force Officer/ DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 8, 2020

Sworn and attested to telephonically.
City and state: Roanoke, Virginia

*Robert S. Ballou*
*Judge's signature*

Honorable Robert S. Ballou, U.S. Magistrate Judge
*Printed name and title*