<u>SEARCH</u> <u>WARRANT</u>
<u>ATTACHMENT A</u>

I.  Subject Accounts and Execution of Warrant

This warrant is directed to Google, Inc. (the "Provider"), headquartered at 1600 Amphitheatre Parkway, and applies to all content and other information within the Provider's possession, custody, or control associated with:

(a) the Google accounts located within the geographical region described below, during the time period between approximately 10:30 p.m. and approximately 11:05 p.m. ("Target Time Period") on May 31, 2020 ("Subject Accounts"):

The area within a 150-meter radius of coordinates 37.291611, -79.938919.

These coordinates are the coordinates of 2206 Courtland Rd., NE, Roanoke, Virginia, 24012, which is the location where the criminal activity occurred.

II. Information to Be Provided by the Provider

To the extent within the Provider's possession, custody, or control, the Provider is directed to produce the following information associated with the Subject Accounts, which will be reviewed by law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate any evidence, fruits, and instrumentalities of instrumentalities of violations of (i) Title 18, United States Code, Section 1512 (tampering with a witness) and Title 18, United States Code, Section 1513 (retaliating against a witness).

      a.    *Internal Reference Number.*  Unique Google-generated identification/anonymization number relating to devices used by Subject Accounts within the time frame and area described above;

      b.    A listing of devices and accounts active within the area and time frame described above, and the times that they were active; and

      c.    *Location information.* All location data, whether derived from Global Positioning System (GPS) data, cell site/cell tower triangulation/trilateration, and precision measurement information such as timing advance or per call measurement data, and Wi-Fi location, including the GPS coordinates, estimated radius, and the dates and times of all location recordings within the area and time period described above.